Cathy L. Granger (SBN 156453)
*clgranger@wolfewyman.com*
WOLFE & WYMAN LLP
2301 Dupont Drive, Suite 300
Irvine, California 92612-7531
Telephone:  (949) 475-9200
Facsimile:   (949) 475-9203

Attorneys for Defendants
DITECH FINANCIAL LLC and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ZEPPEIRO, an individual;<br><br>         Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, NA; DITECH FINANCIAL LLC; NORTHWEST TRUSTEE SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC and DOES 1 to 10 inclusive<br><br>         Defendants. | Case No.: 2:18-cv-04183-SJO-AGR<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DIMISS**<br><br>*[Filed concurrently with Motion to Dismiss Plaintiff's First Amended Complaint]*<br><br>Date:         August 13, 2018<br>Time:        10:00 a.m.<br>Courtroom: 10C<br><br>Hon. S. James Otero |

In support of their concurrently filed Motion to Dismiss, Defendants DITECH FINANCIAL LLC and MORTAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC. hereby request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the attached exhibits.  Judicial notice of these documents is appropriate for the reasons set forth below.

///

///

## I. Legal Standard

The standard for judicial notice set forth in Federal Rule of Evidence 201 allows a court to take judicial notice of an adjudicative fact not subject to "reasonable dispute," either because the fact is "general known within the territorial jurisdiction of the trial court" or it "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court may take judicial notice if a party requests its and the court is "supplied with necessary information." Fed. R. Evid. 201(c)(2).

Further, a court may "take judicial notice of undisputed matters of public record, including documents on file in federal or state court." *Harris v. County of Orange,* 682 F.3d 1126, 1132 (9th Cir. 2012)(internal citation omitted); *see also Hund v. Check Recovery Sys., Inc.*, 478 F. Supp. 2d 1157, 1160 (N.D. Cal. 2007) ("Judicial notice may be taken of "adjudicative facts' such as court records, pleadings."). Additionally, "the court can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet," such as websites run by governmental agencies. *Gerritsen v. Warner Bros. Entm't Inc.,* 112 F. Supp. 3d 1011, 1033-1034, 2015 U.S. Dist. LEXIS 84978, *45 (C.D. Cal. 2015)(citations omitted); *Paralyzed Veterans of Am. V. McPherson,* No. C064670, 2008 U.S. Dist. LEXIS 69542, 2008 WL 4183981, *5 (N.D. Cal. Sept. 8, 2008) ("Information on government agency websites has often been treated as property subject to judicial notice").

## II. Documents for Which Judicial Notice is Requested

As authorized by the above-cited authorities, moving parties respectfully request that the Court take judicial notice of the following documents:

    A.    A Deed of Trust recorded on October 24, 2002 in the Ventura Recorder's Office as instrument number 2002-0260124-00, a true copy of which is attaches as **Exhibit "A."**

    B.    A Corporate Assignment of Deed of trust recorded on May 30,

2013 in the Ventura County Recorder's office as instrument number 20130530-00097591-0, a true copy of which is attached as **Exhibit "B."**

   C. A Notice of Default recorded on April 28, 2010 in the Ventura County Recorder's Office as instrument number 20100428-00063990-0, a true copy of which is attached as **Exhibit "C."**

   D. A Notice of Trustee's Sale recorded on July 30, 2010 in the Ventura County Recorder's Office as instrument number 20100730-00111696-0, a true copy of which is attached as **Exhibit "D."**

   E. A Notice of Default recorded on October 24, 2013 in the Ventura County Recorder's Office as instrument number 20131023-001177050-0 a true copy of which is attached as **Exhibit "E."**

   F. A Rescission of Notice of Default recorded on November 1, 2013 in the Ventura County Recorder's Office as instrument number 200131101-00181046-0, a true copy of which is attached as **Exhibit "F."**

   G. A Notice of Default recorded on October 13, 2017 in the Ventura County Recorder's Office as instrument number 20171013-00112330-0, a true copy of which is attached as **Exhibit "G."**

   H. A Verified Complaint filed in the United States District Court, Central District of California on June 20, 2012 in case no. CV-12-05357-ABC-RZ [Doc1], a true copy of which is attached as **Exhibit "H."**

   I. A Verified First Amended Complaint filed in the United States District Court, Central District of California, on October 26, 2012 in case no. CV-12-05357-ABC-RZ [Doc 17], a true copy of which is attached as **Exhibit "I."**

   J. An ORDER GRANTING Motion to Dismiss (In Chambers) entered in the United States District Court, Central District of California, on February 13, 2013 in case no. cv-12-05357-ABC-RZ [Doc 25], a true copy of which is attached as **Exhibit "J."**

1   K.   A Verified Complaint filed in the Superior Court of State of
2   California, County of Ventura, on December 3, 2013 in case no. 56-2013-
3   00445530-CU-OR-VTA, a true copy of which is attached as **Exhibit "K."**
4   L.   A Second Amended Complaint filed on October 30, 2014 after
5   removal of the Ventura County action (case no. 56-2013-00445530-CU-OR-
6   VTA) to the United States District Court, Central District of California, in case
7   no. 2:14-CV-01336-MM-JC [Doc. 35], a true copy of which is attached as
8   **Exhibit "L."**
9   M.   A Judgment for Defendants entered on April 15, 2015 in case no.
10  2:14-CV-01336-MMM-JC [Doc. 58], a true copy of which is attached **Exhibit**
11  **"M."**

15  DATED:  July  16 , 2018             WOLFE & WYMAN LLP

                                        By:  /s/ *Cathy L. Granger*
                                             CATHY L. GRANGER
                                        Attorneys for Defendants
                                        **DITECH FINANCIAL LLC and**
                                        **MORTGAGE ELECTRONIC**
                                        **REGISTRATION SYSTEMS, INC.**